LATHAM & WATKINS LLP
  Jessica Stebbins Bina (Bar No. 248485)
    *jessica.stebbinsbina@lw.com*
  10250 Constellation Blvd., Suite 1100
  Los Angeles, CA  90067
  Telephone:  +1 424.653.5500
  Facsimile:   +1 424.653.5501

BABST CALLAND
  Nicholas McDaniel (*pro hac vice* forthcoming)
    *nmcdaniel@babstcalland.com*
  505 Ninth St., NW, Suite 602
  Washington, DC 20004
  Telephone:  +1 202.853.3455
  Facsimile:   +1 202.853.3491

HOLLAND & KNIGHT LLP
  James W. Noe (*pro hac vice* forthcoming)
    *jim.noe@hklaw.com*
  Ashley Akers (*pro hac vice* forthcoming)
    *ashley.akers@hklaw.com*
  800 17th St., NW, Suite 1100
  Washington, DC 20006
  Telephone: +1 202.469.5525

Attorneys for Plaintiffs Sable Offshore Corp.
and Pacific Pipeline Company

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SABLE OFFSHORE CORP., and PACIFIC PIPELINE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>ARMANDO QUINTERO, in his official capacity as Director of the California Department of Parks and Recreation,<br>Defendant. | **CASE NO.** 2:26-cv-02739<br><br>**SABLE OFFSHORE CORP.'S AND PACIFIC PIPELINE COMPANY'S NOTICE OF INTERESTED PARTIES PURSUANT TO C.D. CAL. L.R. 7.1-1** |

## NOTICE OF INTERESTED PARTIES

Pursuant to Local Rule 7.1-1 and Federal Rule of Civil Procedure 7.1 the undersigned, counsel of record for Sable Offshore Corp. and Pacific Pipeline Company, certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

Sable Offshore Corp. is a publicly traded Delaware corporation, with no parent corporation and no publicly held corporation owning 10% or more of its stock.

Pacific Pipeline Company is a Delaware corporation that is 100% owned by Sable Offshore Corp.

Pacific Offshore Pipeline Company is a California corporation that is 100% owned by Sable Offshore Corp.

Sable Ocean America LLC is a Delaware limited liability company that is 100% owned by Sable Offshore Corp.

Exxon Mobil Corporation is Sable Offshore Corp.'s lender and has a reversionary interest in certain assets at issue.

Mobil Pacific Pipeline Company, as a seller, has a reversionary interest in certain assets at issue.

Dated:  March 13, 2026

Respectfully submitted,

LATHAM & WATKINS LLP

By /s/ *Jessica Stebbins Bina*
   Jessica Stebbins Bina
   jessica.stebbinsbina@lw.com
   10250 Constellation Blvd., Suite 1100
   Los Angeles, CA 90067
   Telephone:  +1 424.653.5500
   Facsimile:   +1 424.653.5501

BABST CALLAND
   Nicholas McDaniel (*pro hac vice* forthcoming)
   *nmcdaniel@babstcalland.com*
505 Ninth St., NW, Suite 602
Washington, DC 20004
Telephone:  +1 202.853.3455
Facsimile:   +1 202.853.3491

HOLLAND & KNIGHT LLP
   James W. Noe (*pro hac vice* forthcoming)
   *jim.noe@hklaw.com*
   Ashley Akers (*pro hac vice* forthcoming)
   *ashley.akers@hklaw.com*
800 17th St., NW, Suite 1100
Washington, DC 20006
Telephone: +1 202.469.5525

Attorneys for Plaintiffs Sable Offshore Corp. and Pacific Pipeline Company

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
CENTURY CITY

PLAINTIFFS' NOTICE OF INTERESTED PARTIES

3