LATHAM & WATKINS LLP
  Jessica Stebbins Bina (Bar No. 248485)
  *jessica.stebbinsbina@lw.com*
10250 Constellation Blvd., Suite 1100
Los Angeles, CA  90067
Telephone:  +1 424.653.5500
Facsimile:   +1 424.653.5501

BABST CALLAND
  Nicholas McDaniel (*pro hac vice* pending)
  *nmcdaniel@babstcalland.com*
505 Ninth St., NW, Suite 602
Washington, DC 20004
Telephone:  +1 202.853.3455
Facsimile:   +1 202.853.3491

HOLLAND & KNIGHT LLP
  James W. Noe (*pro hac vice* pending)
  *jim.noe@hklaw.com*
  Ashley Akers (*pro hac vice* pending)
  *ashley.akers@hklaw.com*
800 17th St., NW, Suite 1100
Washington, DC 20006
Telephone: +1 202.469.5525

Attorneys for Plaintiffs Sable Offshore Corp.
and Pacific Pipeline Company

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SABLE OFFSHORE CORP., and PACIFIC PIPELINE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>ARMANDO QUINTERO, in his official capacity as Director of the California Department of Parks and Recreation,<br><br>Defendant. | CASE NO. 2:26-cv-02739-AB-KS<br><br>**PLAINTIFFS NOTICE OF RELATED CASES PURSUANT TO LOCAL RULE 83-1.3** |

In compliance with Local Rule 83-1.3, Defendants Sable Offshore Corp. ("Sable Offshore"), and Pacific Pipeline Company ("PPC") (collectively, "Sable") file this Notice of Related Cases to inform the Court of two actions in this Court that present similar questions of law and fact to the above-captioned matter:

1. *United States of America et al v. Plains All American Pipeline L.P. et al*, No. 2:20-cv-02415-SVW-SSC (the "*Consent Decree Matter*") and

2. *California Department of Parks and Recreation v. Sable Offshore Corp., Pacific Pipeline Company, and Does 1-50 inclusive*, No. 2:26-cv-2946 (the "*CDPR Matter*" and collectively with the *Consent Decree Matter* the "*Sable Matters*").

Local Rule 83-1.3 provides that a notice shall be filed and served on all parties when two or more civil cases filed in the Central District of California appear to: "(a) arise from the same or a closely related transaction, happening, or event; (b) call for determination of the same or substantially related or similar questions of law and fact; or (c) for other reasons would entail substantial duplication of labor if heard by different judges." (L.R. 83-1.3.1.)

There is substantial overlap in the issues presented in the *Sable Matters* and this instant action, which warrants this Notice of Related Cases. Both this instant action and the *CDPR Matter* concern Sable's movement of hydrocarbons through a pipeline in Gaviota State Park in response to an order from the Department of Energy under delegation from the President, which the State of California contends is a trespass.

The *Consent Decree Matter* addresses the pipeline that is at the center of the dispute in this case. In the *Consent Decree Matter*, California has taken the position that the easement dispute underlying this case is relevant to the enforcement of the Consent Decree.

The *CDPR Matter* is a mirror image of this case. In that matter, the State of California alleges trespass arising out of the alleged easement breach that is the

subject of this case. Furthermore, both this instant matter and the *CDPR Matter* refer to the consent decree ordered in the *Consent Decree Matter* and Sable's carrying out of the appropriate steps for a resumption of hydrocarbon transportation through Sable's pipeline network.

Given the significant overlap and the similarity of parties, there will be substantial duplication of labor if all three cases are heard by different judges. Transfer of this case to Judge Wilson, the judge who is presiding over the *Consent Decree Matter*, will conserve judicial resources and minimize the risk of inconsistent rulings.

Accordingly, Plaintiffs respectfully submit that the above-captioned case be deemed related to the *Sable Matters* pursuant to Local Rule 83-1.3.1 and transferred to the Honorable Judge Wilson who presides over the *Consent Decree Matter*.

Dated: March 24, 2026

Respectfully submitted,

LATHAM & WATKINS LLP

By /s/ *Jessica Stebbins Bina*
    Jessica Stebbins Bina
    *jessica.stebbinsbina@lw.com*
    10250 Constellation Blvd., Suite 1100
    Los Angeles, CA 90067
    Telephone: +1 424.653.5500
    Facsimile: +1 424.653.5501


BABST CALLAND
    Nicholas McDaniel (*pro hac vice* pending)
    *nmcdaniel@babstcalland.com*
    505 Ninth St., NW, Suite 602
    Washington, DC 20004
    Telephone: +1 202.853.3455
    Facsimile: +1 202.853.3491

HOLLAND & KNIGHT LLP
    James W. Noe (*pro hac vice* pending)
    *jim.noe@hklaw.com*
    Ashley Akers (*pro hac vice* forthcoming)
    *ashley.akers@hklaw.com*
    800 17th St., NW, Suite 1100

Washington, DC 20006
Telephone: +1 202.469.5525

Attorneys for Plaintiffs Sable Offshore
Corp. and Pacific Pipeline Company