Jessica Stebbins Bina (SBN 248485)
Latham & Watkins LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
Email: jessica.stebbinsbina@lw.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SABLE OFFSHORE CORP., and PACIFIC PIPELINE COMPANY,<br><br>Plaintiff(s)<br>v.<br>ARMANDO QUINTERO, in his official capacity as Director of the California Department of Parks and Recreation<br><br>Defendant(s). | CASE NUMBER<br><br>26-cv-02739-AB-KS<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

McDaniel, Nicholas                                    of

*Applicant's Name (Last Name, First Name & Middle Initial)*

(202) 430-3880                    (412) 394-6576

*Telephone Number*          *Fax Number*

nmcdaniel@babstcalland.com

*E-Mail Address*

Babst, Calland, Clements, and Zomnir P.C.
505 9th St. NW, Suite 602
Washington, D.C. 20004

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Sable Offshore Corp. and Pacific Pipeline Company

*Name(s) of Party(ies) Represented*          ☒ *Plaintiff(s)*   ☐ *Defendant(s)*   ☐ *Other:* _____

**and designating as Local Counsel**

Bina, Jessica S.                                    of

*Designee's Name (Last Name, First Name & Middle Initial)*

248485          (424) 653-5525          (213) 891-8763

*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

jessica.stebbinsbina@lw.com

*E-Mail Address*

Latham & Watkins LLP
10250 Constellation Blvd.
Suite 1100
Los Angeles, CA 90067

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.

☐ DENIED:  ☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application: _____

☐ pursuant to L.R. 83-2.1.3.2:  ☐ Applicant resides in California;  ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel:  ☐ is not member of Bar of this Court;  ☐ does not maintain office in District.

☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated** _____

_____
**U.S. District Judge/U.S. Magistrate Judge**