Name and address:

Ashley Akers
Holland & Knight LLP
1650 Tysons Blvd. Suite 1700
Tysons, VA 22102

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Sable Offshore Corp. et al

Plaintiff(s)

v.

Armando Quintero

Defendant(s).

CASE NUMBER

2:26-cv-02739

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Akers, Ashley                                              of

*Applicant's Name (Last Name, First Name & Middle Initial)*

703.720.8583                          703.720.8610

*Telephone Number*          *Fax Number*

ashley.akers@hklaw.com

*E-Mail Address*

Holland & Knight LLP
1650 Tysons Blvd.
Suite 1700
Tysons, VA 22102

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Sable Offshore Corp.

*Name(s) of Party(ies) Represented*          ☒ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:* _____

**and designating as Local Counsel**

Watson, Zachary J.                                          of

*Designee's Name (Last Name, First Name & Middle Initial)*

348018            949.517.1451            949.833.8540

*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

zachary.watson@hklaw.com

*E-Mail Address*

Holland & Knight LLP
4675 MacArthur Ct
Suite 900
Newport Beach, CA 92660

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.

☐ DENIED: ☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application: _____

☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.

☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated** _____

_____
**U.S. District Judge/U.S. Magistrate Judge**