Name and address:

James W. Noe
Holland & Knight LLP
800 17th Street N.W., Suite 1100
Washington D.C. 20006

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Sable Offshore Corp. et al | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:26-cv-02739 |
| v. | |
| Armando Quintero | **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Noe, James W.                                        of

*Applicant's Name (Last Name, First Name & Middle Initial)*

202.469.5525                    202.568.3843

*Telephone Number*        *Fax Number*

jim.noe@hklaw.com

*E-Mail Address*

Holland & Knight LLP
800 17th St. NW
Suite 1100
Washington, D.C. 20006

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Sable Offshore Corp

*Name(s) of Party(ies) Represented*          ☒ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:* _____

**and designating as Local Counsel**

Watson, Zachary J.                                  of

*Designee's Name (Last Name, First Name & Middle Initial)*

348018          949.517.1451          949.833.8540

*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

zachary.watson@hklaw.com

*E-Mail Address*

Holland & Knight LLP
4675 MacArthur Ct
Suite 900
Newport Beach, CA 92660

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.

☐ DENIED: ☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application: _____

☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.

☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated** _____

_____
**U.S. District Judge/U.S. Magistrate Judge**