ROB BONTA
Attorney General of California
JESSICA E. TUCKER-MOHL
Supervising Deputy Attorney General
ALICE SEGAL (SBN 288108)
*alice.segal@doj.ca.gov*
MATTHEW STRUHAR (SBN 293973)
*matthew.struhar@doj.ca.gov*
Deputy Attorneys General
 1300 I Street
 Sacramento CA 95814
 Tel: (916)210-7246
*Attorneys for Defendant*
*Armando Quintero, in his official capacity as*
*Director of the California Department of Parks and*
*Recreation*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Sable Offshore Corp. and Pacific Pipeline Company,**<br><br>Plaintiffs,<br><br>**v.**<br><br>**Armando Quintero, in his official capacity as Director of the California Department of Parks and Recreation,**<br><br>Defendant. | Case No. 2:26-cv-02739-AB-KS<br><br>**STIPULATED SERVICE OF COMPLAINT AND STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Courtroom:  7B<br>Judge:       Hon. Andre Birotte Jr.<br>Trial Date:   Not Set<br>Action Filed: March 13, 2026<br>Complaint Served: March 26, 2026<br>Current Response Date: April 16, 2026<br>New Response Date: April 27, 2026 |

Plaintiffs Sable Offshore Corp. and Pacific Pipeline Company (collectively "Sable") and Defendant Armando Quintero, in his official capacity as Director of the California Department of Parks and Recreation ("Director Quintero" and, combined with Sable, collectively the "Parties") hereby stipulate to completed service of Sable's Operative Complaint as well as to extend Director Quintero's deadline to file a responsive pleading of no more than 30 days. The Parties simultaneously agree that service is completed at the same time in a federal case

1

that has been identified by Sable as related, *California Department of Parks and Recreation. v. Sable Offshore Corp*, No. 26-cv-02946-WLH-MAA (C.D. Cal. Mar. 17, 2026).[1]

The Parties specifically stipulate as follows:

1. Service was completed on Director Quintero on March 26, 2026;

2. Director Quintero's responsive pleading is due thirty (30) days from the date service was completed, making the responsive pleading due April 27, 2026; and

3. Court approval is not necessary per Local Rule 8-3.

**IT IS SO STIPULATED.**

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), the undersigned attests that all parties have concurred in the content of this Stipulation and authorized the filing of this Stipulation.

Dated:  March 26, 2026

Respectfully submitted,
LATHAM & WATKINS LLP


*/s/ Jessica Stebbins Bina*
JESSICA STEBBINS BINA
LATHAM & WATKINS LLP
*Attorneys for Plaintiffs Sable Offshore Corp. and Pacific Pipeline Company*

Dated:  March 26, 2026

Respectfully submitted,
ROB BONTA
Attorney General of California
JESSICA E. TUCKER-MOHL
Supervising Deputy Attorney General

*/s/ Matthew T. Struhar*
MATTHEW T. STRUHAR
Deputy Attorney General
*Attorneys for Defendant Armando Quintero, in his official capacity as Director of the California Department of Parks and Recreation*

---

[1] A mirroring stipulation will be filed in the case *California Department of Parks and Recreation. v. Sable Offshore Corp*, No. 26-cv-02946-WLH-MAA (C.D. Cal. Mar. 17, 2026).