**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Sable Offshore Corp., et al. | CASE NUMBER |
| PLAINTIFF(S) | 2:26-cv-02739-AB-KS |
| v. | **ORDER TO REASSIGN CASE UPON** |
| Armando Quintero | **RECUSAL OF MAGISTRATE JUDGE** |
| | ☒ FOR DISCOVERY |
| DEFENDANT(S). | ☐ PER GENERAL ORDER 05-07 |

The undersigned Magistrate Judge to whom the above-entitled case was referred, being of the opinion that he/she should not hear said case by reason of:

I am recused from all matters involving the law firm Holland and Knight, as this firm has provided personal services for my family.

HEREBY ORDERS the case reassigned by the Clerk in accordance with General Order 05-07.

March 27, 2026
Date

*Karen L. Stevenson*
United States Magistrate Judge

---

**NOTICE TO COUNSEL FROM THE CLERK**

This case has been randomly referred to Magistrate Judge ___Pedro V. Castillo___ .
On all documents subsequently filed in this case, please substitute the initials ___PVC___ after the case number in place of the initials of the prior judge, so that the case number will read ___2:26-cv-02739-AB-PVCx___ . This is very important because the documents are routed to the assigned judges by means of these initials

*cc:   Previous Magistrate Judge*

CV-110 (06/14)          ORDER TO REASSIGN CASE UPON RECUSAL OF MAGISTRATE JUDGE