**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | | CASE NUMBER |
|---|---|---|
| Sable Offshore Corp. et al | | 2:26-cv-02739-AB-PVCx |
| v. | PLAINTIFF(S) | |
| Armando Quintero | | **ORDER RE TRANSFER** **(RELATED CASES)** |
| | DEFENDANT(S). | |

### CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges.

_____April 13, 2026_____                    _~Stephen V. Wilson~_ STEPHEN V. WILSON
Date                                                            United States District Judge

### DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

_____

_____

_____

_____

_____                    _____
Date                                                            United States District Judge

### REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case ___2:20-cv-02415-SVW-SSCx___ and the present case:

☑ A.   Arise from the same or closely related transactions, happenings or events; or

☑ B.   Call for determination of the same or substantially related or similar questions of law and fact; or

☑ C.   For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D.   Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

### NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge ___Pedro V. Castillo___ to Magistrate Judge ___Stephanie S. Christensen___.

On all documents subsequently filed in this case, please substitute the initials ___SVW-SSCx___ after the case number in place of the initials of the prior judge, so that the case number will read ___2:26-cv-02739-SVW-SSCx___. This is very important because the documents are routed to the assigned judges by means of these initials

cc: ☑ *Previous Judge*   ☐ *Statistics Clerk*

CV-34 (06/23)                    **ORDER RE TRANSFER (Related Cases)**