ROB BONTA
Attorney General of California
JESSICA E. TUCKER-MOHL
Supervising Deputy Attorney General
ALICE SEGAL (SBN 288108)
alice.segal@doj.ca.gov
MATTHEW T. STRUHAR (SBN 293973)
matthew.struhar@doj.ca.gov
Deputy Attorneys General
  1300 I Street
  Sacramento CA 95814
  Tel: (916)210-7246
Attorneys for Defendant
Armando Quintero, in his official capacity as
Director of the California Department of Parks and
Recreation

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Sable Offshore Corp. and Pacific Pipeline Company,**<br><br>Plaintiffs,<br><br>**v.**<br><br>**Armando Quintero, in his official capacity as Director of the California Department of Parks and Recreation,**<br><br>Defendant. | Case No. 2:26-cv-02739-SVW-SSC<br><br>**SECOND STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Courtroom:   10A<br>Judge:         Hon. Stephen V. Wilson<br>Trial Date:    Not Set<br>Action Filed: March 13, 2026<br>Complaint Served: March 26, 2026<br>Original Response Date: April 16, 2026<br>Current Response Date: April 27, 2026<br>New Response Date: May 18, 2026 |

Plaintiffs Sable Offshore Corp. and Pacific Pipeline Company (collectively "Sable") and Defendant Armando Quintero, in his official capacity as Director of the California Department of Parks and Recreation ("Director Quintero" and, combined with Sable, collectively the "Parties") hereby stipulate to extend Director Quintero's deadline to file a responsive pleading of no more than 30 days from the original deadline.

The Parties specifically stipulate as follows:

1

1. Director Quintero's deadline to file a responsive pleading is currently April 27, 2026, after the parties previously stipulated to an 11-day extension of Director Quintero's deadline to file a responsive pleading.

2. Director Quintero's deadline to file a responsive pleading shall be extended another 19 days to May 16, 2026, which being a Saturday, makes Director Quintero's responsive pleading due May 18, 2026. *See* Fed. R. Civ. P. 6(a)(1)(C).

3. Court approval is not necessary per Local Rule 8-3.

**IT IS SO STIPULATED.**

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), the undersigned attest that all parties have concurred in the content of this Stipulation and authorized the filing of this Stipulation.

Dated:  April 21, 2026

Respectfully submitted,
LATHAM & WATKINS LLP

*/s/ Jessica Stebbins Bina*
JESSICA STEBBINS BINA
LATHAM & WATKINS LLP
*Attorneys for Plaintiffs Sable Offshore Corp. and Pacific Pipeline Company*

Dated:  April 21, 2026

Respectfully submitted,
ROB BONTA
Attorney General of California
JESSICA E. TUCKER-MOHL
Supervising Deputy Attorney General

*/s/ Matthew T. Struhar*
MATTHEW T. STRUHAR
Deputy Attorney General
*Attorneys for Defendant Armando Quintero, in his official capacity as Director of the California Department of Parks and Recreation*

2