ROB BONTA
Attorney General of California
JESSICA E. TUCKER-MOHL
Supervising Deputy Attorney General
ALICE SEGAL (SBN 288108)
alice.segal@doj.ca.gov
MATTHEW T. STRUHAR (SBN 293973)
matthew.struhar@doj.ca.gov
Deputy Attorneys General
  1300 I Street
  Sacramento CA 95814
  Tel: (916)210-7246
Attorneys for Defendant
Armando Quintero, in his official capacity as
Director of the California Department of Parks and
Recreation

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Sable Offshore Corp. and Pacific Pipeline Company,**<br><br>Plaintiffs,<br><br>v.<br><br>**Armando Quintero, in his official capacity as Director of the California Department of Parks and Recreation,**<br><br>Defendant. | Case No. 2:26-cv-02739-SVW-SSC<br><br>**THIRD STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Courtroom:   10A<br>Judge:   Hon. Stephen V. Wilson<br>Trial Date:   Not Set<br>Action Filed: March 13, 2026<br>Complaint Served: March 26, 2026<br>Original Response Date: April 16, 2026<br>Current Response Date: May 18, 2026<br>New Response Date: May 26, 2026<br>Filed/Concurrently Lodged with: Declaration of Matthew T. Struhar in Support of Third Stipulation to Extend Time to Respond to Initial Complaint; [Proposed] Order Granting Third Stipulation of Time to Respond to Initial Complaint |

Plaintiffs Sable Offshore Corp. and Pacific Pipeline Company (collectively "Sable") and Defendant Armando Quintero, in his official capacity as Director of the California Department of Parks and Recreation ("Director Quintero" and, combined with Sable, collectively the "Parties") hereby stipulate to extend Director Quintero's deadline to file a responsive pleading to May 26, 2026.

1

The Parties specifically stipulate as follows:

1.  Director Quintero's deadline to file a responsive pleading is currently May 18, 2026, after the parties previously stipulated to a 30-day extension of Director Quintero's deadline to file a responsive pleading.

2.  Director Quintero's deadline to file a responsive pleading shall be extended another 8 days to May 26, 2026.

3.  Director Quintero shall not notice the hearing on any motion filed pursuant to Rule 12(b) of the Federal Rules of Civil Procedure for a date earlier than June 29, 2026.

4.  Court approval is required.

**IT IS SO STIPULATED.**

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), the undersigned attest that all parties have concurred in the content of this Stipulation and authorized the filing of this Stipulation.

Dated:  May 14, 2026

Respectfully submitted,
LATHAM & WATKINS LLP

*/s/ Jessica Stebbins Bina*

JESSICA STEBBINS BINA
LATHAM & WATKINS LLP
*Attorneys for Plaintiffs Sable Offshore Corp. and Pacific Pipeline Company*

Dated:  May 14, 2026

Respectfully submitted,
ROB BONTA
Attorney General of California
JESSICA E. TUCKER-MOHL
Supervising Deputy Attorney General

*/s/ Matthew T. Struhar*

MATTHEW T. STRUHAR
Deputy Attorney General
*Attorneys for Defendant Armando Quintero, in his official capacity as Director of the California Department of Parks and Recreation*

2