ROB BONTA
Attorney General of California
JESSICA E. TUCKER-MOHL
Supervising Deputy Attorney General
ALICE SEGAL (SBN 288108)
alice.segal@doj.ca.gov
MATTHEW T. STRUHAR (SBN 293973)
matthew.struhar@doj.ca.gov
Deputy Attorneys General
 1300 I Street
 Sacramento CA 95814
 Tel: (916)210-7246
Attorneys for Defendant
Armando Quintero, in his official capacity as
Director of the California Department of Parks and
Recreation

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Sable Offshore Corp. and Pacific Pipeline Company,**<br><br>Plaintiffs,<br><br>**v.**<br><br>**Armando Quintero, in his official capacity as Director of the California Department of Parks and Recreation,**<br><br>Defendant. | Case No. 2:26-cv-02739-SVW-SSC<br><br>~~[PROPOSED]~~ **ORDER GRANTING THIRD STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Courtroom:    10A<br>Judge:          Hon. Stephen V. Wilson<br>Trial Date:    Not Set<br>Action Filed: March 13, 2026<br>Complaint Served: March 26, 2026<br>Original Response Date: April 16, 2026<br>Current Response Date: May 18, 2026<br>New Response Date: May 26, 2026<br>Filed/Concurrently Lodged with: Third Stipulation of Time to Respond to Initial Complaint; Declaration of Matthew T. Struhar in Support of Third Stipulation to Extend Time to Respond to Initial Complaint |

### ~~[PROPOSED]~~ ORDER GRANTING STIPULATION

Having considered the Third Stipulation to Extend Time to Respond to Initial

Complaint between Plaintiffs Sable Offshore Corp. and Pacific Pipeline Company

(collectively "Sable") and Defendant Armando Quintero, in his official capacity as

Director of the California Department of Parks and Recreation ("Director Quintero"

and, combined with Sable, collectively the "Parties"), and the declaration of Matthew T. Struhar in support thereof, the Court hereby GRANTS the stipulation and orders as follows

1.   Director Quintero's deadline to file a responsive pleading shall be extended from May 18, 2026, to May 26, 2026.

2.   Director Quintero shall not notice the hearing on any motion filed pursuant to Rule 12(b) of the Federal Rules of Civil Procedure for a date earlier than June 29, 2026.

**IT IS SO ORDERED.**

Dated: May 18, 2026

_____
The Hon. Stephen V. Wilson
United States District Judge

2