ROB BONTA
Attorney General of California
JESSICA E. TUCKER-MOHL
Supervising Deputy Attorney General
MATTHEW T. STRUHAR (SBN 293973)
*matthew.struhar@doj.ca.gov*
Deputy Attorneys General
  1300 I Street
  Sacramento CA 95814
  Tel: (916)210-7246
*Attorneys for Defendant*
*Armando Quintero, in his official capacity as*
*Director of the California Department of Parks and*
*Recreation*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Sable Offshore Corp. and Pacific Pipeline Company,**<br><br>Plaintiffs,<br><br>v.<br><br>**Armando Quintero, in his official capacity as Director of the California Department of Parks and Recreation,**<br><br>Defendant. | Case No. 2:26-cv-02739-SVW-SSC<br><br>**DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' COMPLAINT FOR DECLARATORY RELIEF**<br><br>**(Fed. R. Civ. P. 12(b)(6).)**<br><br>Date:          June 29, 2026<br>Time:          1:30 p.m.<br>Courtroom:   10A<br>Judge:         Hon. Stephen V. Wilson<br>Trial Date:    Not Set<br>Action Filed: March 13, 2026<br>Complaint Served: March 26, 2026<br><br>Filed/Concurrently Lodged With: Memorandum of Points and Authorities; Request for Judicial Notice; Declaration of Matthew T. Struhar ISO Motion to Dismiss; [Proposed] Order Granting Motion to Dismiss |

1

**NOTICE OF DEFENDANT'S MOTION TO DISMISS**

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS:

PLEASE TAKE NOTICE that, on June 29, 2026, at 1:30 p.m. in Courtroom 10A on the 10th floor of the Felicitas and Gonzalo Mendez United States Courthouse, located at 350 W. 1st St., Los Angeles, California, 90012, Defendant Armando Quintero will and hereby does move this Court, pursuant to Federal Rule of Civil Procedure 12(b)(6), for an order dismissing the Complaint for Declaratory Relief (the "Complaint") filed by Plaintiffs Sable Offshore Corp., a Texas corporation, and Pacific Pipeline Company, a Delaware corporation (collectively, "Sable") without leave to amend. As set forth in the accompanying Memorandum of Points and Authorities, dismissal without leave to amend is warranted because the Complaint fails to state a claim upon which relief can be granted, as required by Rule 8 of the Federal Rules of Civil Procedure, and because amendment cannot cure the Complaint's defects.

This motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the accompanying Request for Judicial and exhibits, the accompanying Declaration of Matthew T. Struhar, as well as the papers, evidence, and records on file in this action, and any other written or oral evidence or argument presented at or before the time this motion is heard by the Court.

Counsel for the parties conferred in accordance with Local Rule 7-3 before Defendant filed this Motion, as set forth in the accompanying Declaration of Matthew T. Struhar.

Dated:  May 26, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
JESSICA E. TUCKER-MOHL
Supervising Deputy Attorney General


*/s/ Matthew T. Struhar*
MATTHEW T. STRUHAR
Deputy Attorney General
*Attorneys for Defendant Armando Quintero*