ROB BONTA
Attorney General of California
JESSICA E. TUCKER-MOHL
Supervising Deputy Attorney General
MATTHEW T. STRUHAR (SBN 293973)
*matthew.struhar@doj.ca.gov*
Deputy Attorneys General
  1300 I Street
  Sacramento CA 95814
  Tel: (916)210-7246
*Attorneys for Defendant*
*Armando Quintero, in his official capacity as*
*Director of the California Department of Parks and*
*Recreation*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Sable Offshore Corp. and Pacific Pipeline Company,**<br><br>                                  Plaintiffs,<br><br>     **v.**<br><br>**Armando Quintero, in his official capacity as Director of the California Department of Parks and Recreation,**<br><br>                                  Defendant. | Case No. 2:26-cv-02739-SVW-SSC<br><br>**DECLARATION OF MATTHEW T. STRUHAR IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS COMPLAINT FOR DECLARATORY RELIEF**<br><br>**(Fed. R. Civ. P. 12(b)(6).)**<br><br>Date:            June 29, 2026<br>Time:           1:30 p.m.<br>Courtroom:   10A<br>Judge:          Hon. Stephen V. Wilson<br>Trial Date:    Not Set<br>Action Filed: March 13, 2026<br>Complaint Served: March 26, 2026<br><br>Filed/Concurrently Lodged with:<br>Notice of Motion and Motion to Dismiss;<br>Memorandum of Points and Authorities;<br>Request for Judicial Notice; [Proposed] Order Granting Motion to Dismiss |

I, Matthew T. Struhar, declare as follows:

1.     I am a Deputy Attorney General in the California Department of Justice, Office of the Attorney General. I am an attorney at law licensed before this Court. I am counsel of record for defendant Armando Quintero. I have personal knowledge

1

of the facts stated in this declaration and could, if called upon to do so, testify competently thereto.

2.     On May 7, 2026, at approximately 1:00 p.m., I met and conferred with counsel of record for Plaintiffs Sable Offshore Corporation and Pacific Pipeline Company (together, "Sable") on Mr. Quintero's intention to file a motion to dismiss Sable's Complaint for Declaratory Relief (the "Complaint") pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

3.     At that conference, I, on behalf of Mr. Quintero, took the position that the Complaint failed to state a claim on which relief can be granted. Specifically, I provided my reasoning for why the Pipeline Safety Act, the Defense Production Act, or the Consent Decree entered in *United States of America, et al. v. Plains All American Pipeline L.P. et al.*, Case No. 2:20-cv-02415-SVW-SSC, did not preempt or otherwise legally affect the alleged actions undertaken by the California Department of Parks and Recreation as set forth in the Complaint.

4.     After we discussed Sable's claims at length, counsel for Sable did not agree with Mr. Quintero's position.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the above facts are true and correct and that this declaration was executed on May 26, 2026, in Sacramento, California.

_____
Matthew T. Struhar
Declarant

2