IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Sable Offshore Corp. and Pacific Pipeline Company,**<br><br>                                        Plaintiffs,<br><br>     **v.**<br><br>**Armando Quintero, in his official capacity as Director of the California Department of Parks and Recreation,**<br><br>                                        Defendant. | Case No. 2:26-cv-02739-SVW-SSC<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS COMPLAINT FOR DECLARATORY RELIEF** |

## [PROPOSED] ORDER

Having considered Defendant Armando Quintero's Motion for to Dismiss Plaintiffs' Complaint for Declaratory Relief and all papers filed related to the application, the Court GRANTS Defendant's motion and finds as follows:

Plaintiffs Sable Offshore Corporation and Pacific Pipeline Company (collectively "Sable") have failed to state a claim upon which relief can be granted. *See* Fed. R. Civ. P. 12(b)(6). Amendment, moreover, cannot cure the defects identified by Defendant in support of the instant Motion.

For that reason, Sable's Complaint for Declaratory Relief is hereby DISMISSED without leave to amend.

1

**IT IS SO ORDERED.**

Dated: _____          _____

The Hon. Steven V. Wilson
United States District Court

SD2026301487
39731133.docx