ROB BONTA
Attorney General of California
JESSICA E. TUCKER-MOHL
Supervising Deputy Attorney General
ALICE SEGAL (SBN 288108)
*alice.segal@doj.ca.gov*
MATTHEW T. STRUHAR (SBN 293973)
*matthew.struhar@doj.ca.gov*
Deputy Attorneys General
1300 I Street
Sacramento CA 95814
Tel: (916)210-7246
*Attorneys for Defendant*
*Armando Quintero, in his official capacity as Director of the California Department of Parks and Recreation*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Sable Offshore Corp. and Pacific Pipeline Company,**<br><br>Plaintiffs,<br><br>**v.**<br><br>**Armando Quintero, in his official capacity as Director of the California Department of Parks and Recreation,**<br><br>Defendant. | Case No. 2:26-cv-02739-SVW-SSC<br><br>**NOTICE OF ERRATA**<br><br>Courtroom: 10A<br>Judge: Hon. Stephen V. Wilson<br>Trial Date: Not Set<br>Action Filed: March 13, 2026<br>Complaint Served: March 26, 2026<br>Case Closed: August 19, 2026 |

TO THE COURT AND ALL COUNSEL OF RECORD:

Defendant Armando Quintero, in his official capacity as Director of the California Department of Parks and Recreation, hereby provides notice of errata regarding the Notice of Appeal (ECF No. 35) filed by Defendant on August 21, 2026. Due to a clerical error, Defendant's counsel e-filed the Notice of Appeal under an incorrect event category. Defendant is resubmitting the Notice of Appeal using the correct event category.

Dated: August 25, 2026

Respectfully submitted,
ROB BONTA
Attorney General of California
JESSICA E. TUCKER-MOHL
Supervising Deputy Attorney General

*/s/ Matthew T. Struhar*
MATTHEW T. STRUHAR
Deputy Attorney General
*Attorneys for Defendant Armando Quintero, in his official capacity as Director of the California Department of Parks and Recreation*