Name Matthew T. Struhar (SBN 293973)
Address 1300 I Street, Suite 125
City, State, Zip Sacramento, CA 95814
Phone (916) 210-7246
Fax
E-Mail Matthew.Struhar@doj.ca.gov
☐ FPD ☐ Appointed ☐ CJA ☐ Pro Per ☒ Retained

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sable Offshore Corp. and Pacific Pipeline Company<br>PLAINTIFF(S),<br>v.<br>Armando Quintero, in his official capacity as Director of the California Department of Parks and Recreation<br>DEFENDANT(S). | CASE NUMBER:<br>2:26-cv-02739-SVW-SSC<br><br>**NOTICE OF APPEAL** |

NOTICE IS HEREBY GIVEN that Armando Quintero hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☐ Order (specify):

☒ Judgment (specify):
ROA No. 34, granting declaratory judgment for plaintiffs and against defendant

☐ Other (specify):

Imposed or Filed on August 19, 2026. Entered on the docket in this action on August 19, 2026.

A copy of said judgment or order is attached hereto.

August 25, 2026
Date

/s/ Matthew T. Struhar
Signature
☐ Appellant/ProSe ☒ Counsel for Appellant ☐ Deputy Clerk

**Note:** The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).