# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Armando Quintero, in his official capacity as Director of the California Department of Parks and Recreation

Name(s) of counsel (if any):

Alice Segal and Matthew T. Struhar

Address: 1300 I Street, Suite 125, Sacramento, CA 95814

Telephone number(s): 916.210.7246; 619.739.9000

Email(s): Matthew.Struhar@doj.ca.gov; Alice.Segal@doj.ca.gov

Is counsel registered for Electronic Filing in the 9th Circuit? ◉ Yes ○ No

---

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Sable Offshore Corp. and Pacific Pipeline Co.

Name(s) of counsel (if any):

Jessica Stebbins Bina, Ashley Akers, Nicholas McDaniel, James W. Noe, Zachary James Watson, Lucille E. Weisner

Address: 10250 Constellation Boulevard Suite 1100

Telephone number(s): 424.653.5500; 703.720.8583; 202.430.3880; 202.469.5525;

Email(s): jessica.stebbinsbina@lw.com; Ashley.Akers@hklaw.com; nmcdaniel@

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

†

Name(s) of counsel (if any):

†

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit? ○ Yes ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*